## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **EDWARD C. HUGLER,**[1] Acting Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) | Civil action no.: 02:16-cv-2377 |
| v. | ) ) | |
| **OISHI ASIAN EXPRESS, INC.,** an Illinois corporation, **d/b/a OISHI HIBACHI STEAKHOUSE,** and **RENMIN ZHANG,** an individual, | ) ) ) ) ) | The Honorable Colin S. Bruce |
| Defendants. | ) ) | |

### CONSENT JUDGMENT

Plaintiff, **EDWARD C. HUGLER**, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), has filed his Complaint and defendants **OISHI ASIAN EXPRESS, INC.,** an Illinois corporation, **d/b/a OISHI HIBACHI STEAKHOUSE,** and **RENMIN ZHANG,** an individual, (hereinafter collectively "defendants"), hereby acknowledge receipt of the Complaint herein and waive service thereof, having been duly advised in the premises, agree to the entry of this judgment without contest under the Fair Labor Standards Act of 1938, as Amended (29 U.S.C. § 201 *et seq.*) (hereinafter "the Act"). Therefore, upon motion of the attorneys for plaintiff, and for cause shown:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, pursuant to section 17 of the Act, that the defendants, their officers, agents, servants, employees, successors, assigns

---

[1] This action was commenced in the name of Thomas E. Perez, Secretary of the Department of Labor. Mr. Perez is now the former Secretary of Labor, and Edward C. Hugler is now the Acting Secretary. Therefore, Mr. Hugler is being automatically substituted for Mr. Perez as the Plaintiff, pursuant to FED. R. CIV.P. 25(d), and the caption of this action is amended accordingly.

and all persons in active concert or participation with them, hereby are, permanently enjoined and restrained from violating the provisions of the Act in any of the following manners:

## I.

Defendants shall not fail to make, keep, and preserve records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the regulations issued, and from time to time amended, pursuant to section 11(c) of the Act and found in 29 C.F.R. Part 516. Defendants shall provide to each employee on each pay date with a pay stub reflecting specific dates of the pay period, total hours worked and paid, including total earnings at the regular rate and the overtime rate, gross amounts paid, total tips received, if applicable, and any deductions taken by defendants.

## II.

Each party shall bear its/his/their own fees and other expenses incurred by such party in connection with any stage of this proceeding to date with no costs and expenses, including but not limited to, any and all costs and expenses referenced under the Equal Access to Justice Act, as Amended.

This Court shall retain jurisdiction for purposes of enforcing compliance with the terms of this final judgment pursuant to Federal Rule of Civil Procedure 54.

**IT IS SO ORDERED.**

Dated this _____ day of _____, _____.


_____
**COLIN S. BRUCE**
United States District Judge

2

Entry of this Judgment is hereby consented to and notice by the Clerk to the defendants is hereby waived:

For Defendants:

**OISHI ASIAN EXPRESS, INC.,** d/b/a
**OISHI HIBACHI STEAKHOUSE**

s/ Renmin Zhang
Its  President

**RENMIN ZHANG,** an individual

s/ Renmin Zhang
**RENMIN ZHANG**

s/ Nathaniel K. Hsieh
**NATHANIEL K. HSIEH**
Attorney for All Defendants

Hsieh & Associates, P.C.
2116B S. Archer Ave。
Chicago, IL 60616
Telephone: (312) 842-7200
Email: Nkh@nkhlawgroup.com

For Plaintiff:

**EDWARD C. HUGLER,** Acting Secretary
of Labor

**KATHERINE E. BISSELL**
Deputy Solicitor for Regional Enforcement

**CHRISTINE Z. HERI**
Regional Solicitor

s/ Jing Zhang
**JING ZHANG**
Attorney

U.S. Department of Labor
Office of the Solicitor
230 S. Dearborn St., Room 844
Chicago, IL 60604
Telephone: (312) 353-1145
Email: Zhang.Jing@dol.gov